# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Application* of MS. CHAN MEI LAN and MS. LAU SO KIM, acting in their capacity as joint and several receivers and managers of the entire assets and undertakings of XIA HAIJUN,<br><br>Petitioners | Case No.   2:26-mc-00029<br><br>Assigned to Hon.<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS' *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

# **[PROPOSED] ORDER**

The Court, having reviewed the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding (the "Application") submitted by Ms. Chan Mei Lan and Ms. Lau So Kim of Teneo Asia Limited ("Petitioners"), the Memorandum of Points and Authorities in support thereof, the Declaration of Edward Simon Middleton and the exhibits thereto, the Declaration of Lau So Kim and the exhibits thereto, and the Declaration of Michael J. Reiss and the exhibits thereto, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore **ORDERED** that:

1.  The Application is **GRANTED**; and

2.  Petitioners are **AUTHORIZED** to serve the subpoenas for production of documents in the forms attached as Exhibits 1-10 to the Declaration of Michael J. Reiss on the entities listed therein.

**IT IS SO ORDERED.**

Entered this _____ day of _____, 2026.

_____
United States District Court Judge